1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| BRAND SURGICAL INSTITUTE, | CASE NO. 2:23-cv-05020-KK-BFM |
|---|---|
| Plaintiff, | Judge: Kenly Kiya Kato<br>Magistrate Judge:<br>Brianna Fuller Mircheff |
| vs. | ORDER RE STIPULATED PROTECTIVE ORDER |
| AETNA LIFE INSURANCE CO. AND DOES 1-10, | |
| Defendants. | |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted.**

**IT IS SO ORDERED.**

DATED: March 21, 2024

*[signature]*

BRIANNA FULLER MIRCHEFF
UNITED STATES MAGISTRATE JUDGE